UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| CONVERSE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 1:14-cv-05985-ENV-MDG |
| | ) |
| H & M HENNES & MAURITZ LP, | ) |
| | ) |
| Defendant. | ) Jury Trial Demanded |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Converse Inc., hereby provides notice that it is voluntarily dismissing this action against Defendant H & M Hennes & Mauritz LP, in its entirety and with prejudice. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), this Notice is provided before Defendant has served an answer or a motion for summary judgment.

Respectfully submitted,

Dated: February 6, 2015

/s/ Stephen M. Ankrom
Robert L. Powley (RP7674)
James M. Gibson (JG9234)
Stephen M. Ankrom (SA5375)
POWLEY & GIBSON, P.C.
304 Hudson Street – Suite 202
New York, NY 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085
    rlpowley@powleygibson.com
    jmgibson@powleygibson.com
    smankrom@powleygibson.com

Christopher J. Renk

- 2 -

                                                             Erik S. Maurer
                                                             Michael J. Harris
                                                             Katherine Laatsch Fink
                                                             Audra C. Eidem Heinze
                                                             Aaron P. Bowling
                                                             BANNER & WITCOFF, LTD.
                                                            10 S. Wacker Drive, Suite 3000
                                                            Chicago, Illinois  60606
                                                            Telephone: (312) 463-5000
                                                            Facsimile: (312) 463-5001
                                                                 crenk@bannerwitcoff.com
                                                                 emaurer@bannerwitcoff.com
                                                                 mharris@bannerwitcoff.com
                                                                 kfink@bannerwitcoff.com
                                                                aheinze@bannerwitcoff.com
                                                               abowling@bannerwitcoff.com

                                           ***Attorneys for Plaintiff, Converse Inc***.

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) was filed by ECF and served on counsel of record.

                                    /s/ Stephen M. Ankrom